In the matter of MINARD S. THRESHER agt. EUGENE KETELTAS.

In an affidavit made for a dispossessory summons to remove a tenant under the statute: it was held, that the landlord describing himself "as trustee of the estate of A. B., deceased," that he "now owns said premises and holds said lease as sole trustee of said estate," was a sufficient description as landlord of the premises.

*February Term*, 1846.

MOTION *ex parte* on behalf of Thresher for a certiorari.

It appeared *that Thresher had been dispossessed [*64] of certain premises in the city of New-York, by proceedings under a summons issued by Wm. G. Sterling, Esq., an assistant justice of the city of New-York, upon an affidavit made by Keteltas. It was stated as a ground of certiorari, that the affidavit produced before the assistant justice did not show sufficiently that Keteltas was landlord of the premises. The affidavit made by Keteltas, before the justice, stated that part in relation to his being landlord as follows: " being duly sworn says, that Minard S. Thresher, *as tenant*, is justly indebted unto deponent, *as trustee of the estate of John Gardner, deceased*, in the sum of," &c.; " that deponent, and one Thomas S. McCarty, as trustees of the estate of John Gardner, deceased (without, however, being described as such in the agreement), on the 23rd day of November, 1836, leased said premises to John H. Gardner, for the term of nine years, from May 1st, 1837 ; that said McCarty has since deceased, and deponent *now owns said premises and holds said lease as sole trustee of said estate*," &c.

R. N. MORRISON, *counsel and attorney.*

BRONSON, Chief Justice. It sufficiently appears, from the affidavit, that Keteltas was the landlord. Motion for certiorari denied.